UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PAUL ELLEDGE,

      Plaintiff,                                  Case No. 25-cv-12187
                                                   Hon. Matthew F. Leitman

v.

HIGHWIRE FARMS LLC,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: October 28, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 28, 2025, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126